UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

---

**U.S. GLASS PRODUCERS COALITION**

                               **Plaintiff,**

v.

**UNITED STATES,**

                               **Defendant.**

---

**S U M M O N S**
Court No.: 24-00199

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. '1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. The U.S. Glass Producers Coalition is comprised of two entities: (1) Ardagh Glass Inc., a U.S. producer of glass wine bottles, and (2) the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), a union whose members are engaged in the production of glass wine bottles in the United States. Plaintiff is an interested party under 19 U.S.C. § 1677(9)(F) and was the petitioner in the underlying proceeding. As such, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests various aspects of the final determination of the U.S. International Trade Commission in the investigation of glass wine bottles from China, *see* Glass Wine Bottles From China, 89 Fed. Reg. 83,515 (Int'l Trade Comm'n Oct. 16, 2024).
   (Brief description of contested determination)

3. October 9, 2024
   (Date of determination)

4. October 16, 2024
   (If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| */s/ Daniel B. Pickard*<br>Signature of Plaintiff's Attorney | Daniel B. Pickard<br>Amanda L. Wetzel<br>Claire M. Webster |
| October 30, 2024<br>Date | BUCHANAN INGERSOLL & ROONEY PC<br>1700 K Street N.W.<br>Washington, DC 20006<br>(202) 452-7936<br>daniel.pickard@bipc.com |

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436