## UNITED STATES COURT OF INTERNATIONAL TRADE

U.S. GLASS PRODUCERS
COALITION,

    Plaintiff,

v.

UNITED STATES,

    Defendant,

    and

BERLIN PACKAGING L.L.C.,
TRICORBRAUN, INC., ENCORE
GLASS, INC.,

    Defendant-Intervenors.

Before: Joseph A. Laroski, Jr., Judge

Court No. 24-00199

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment on the Agency record is **DENIED**; and it is further

**ORDERED** that the October 16, 2024 final negative determination of the United States International Trade Commission concerning its countervailing duty investigation of glass wine bottles from China is **SUSTAINED**. Judgment is entered for Defendant.

/s/    Joseph A. Laroski, Jr.
Judge

Dated: July 22, 2026
    New York, New York