

## UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, DC 20436

August 4, 2026

**VIA ELECTRONIC SERVICE**                                              **PUBLIC**

Honorable Gina Justice
Clerk of the Court
James L. Watson U.S. Court of International Trade
Bldg. One Federal Plaza
New York, NY 10278-0001

      Re:    *U.S. Glass Producers Coalition v. United States, Court No. 24-00199*

Dear Ms. Justice:

Pursuant to the Court's request of July 22, 2026, we have reviewed the bracketing in the confidential version of Slip Opinion 26-78 issued by the Court and have the following proposed changes to bracketing. The Commission has identified two instances of bracketing in the slip opinion that it believes are unnecessary, so that the bracketed material can be made public in the Court's public version of the opinion.

First, the description of documentation and evidence on page 17 of the Slip Opinion is sufficiently general and does not need to remain confidential. An excerpt from the Slip Opinion is reproduced below.

p.17    The Glass Producers Coalition contends that the Commission failed to meaningfully address certain contemporaneous business documentation and lost sales evidence, including [[          ]] that, in their view, demonstrate that purchasers selected subject imports because of lower prices.  See Glass Producers Br. at 17- 19.

Second, a percentage on page 38 of the Slip Opinion is already public in the Commission's publication in table C.1.  *See Glass Wine Bottles from China*, Inv. No. 731-TA-703 (Final), USITC Pub. 5550 (Oct. 2024) (PD187).  An excerpt from the Slip Opinion is provided below.

p.38    The Glass Producers Coalition contends that the Commission improperly discounted evidence that subject import market share increased at the end of the POI, including an increase of [[  ]] percent in interim 2024 compared to the same period in 2023, and that those increases were even more pronounced in the merchant market.

The Commission has not identified any unbracketed material in the confidential Slip Opinion that requires bracketing. The Commission has no additional comments on bracketing and thanks the Court for the opportunity to comment on bracketing before release of the public Slip Opinion.  Please contact the undersigned if you should have any questions concerning these proposed changes.

Respectfully submitted,

/s/ Michael K. Haldenstein

Michael K. Haldenstein
Attorney-Advisor
Office of the General Counsel
U.S. International Trade
Commission 500 E Street, S.W.
Washington, D.C. 20436
(202) 205-3041
michael.haldenstein@usitc.gov

<u>**CERTIFICATE OF SERVICE**</u>

I, Michael K. Haldenstein, hereby certify under penalty of perjury that on this 4th day of August 2026 a true and correct copy of the **Response to the Court's Letter of July 22, 2026** was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

<u>/s/ Michael K. Haldenstein</u>

Michael K. Haldenstein
Attorney-Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
(202) 205-3041
michael.haldenstein@usitc.gov