**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JOSPEH A. LAROSKI, JR., JUDGE**

|  |  |
|---|---|
| U.S. GLASS PRODUCERS COALITION )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant, )<br><br>BERLIN PACKAGING L.L.C., )<br>TRICORBRAUN INC., ENCORE GLASS, )<br>INC. )<br><br>Defendant-Intervenors. ) | Court No. 24-00199 |

**RESPONSE TO COURT REQUEST**

On behalf of Defendant-Intervenor TricorBraun, Inc. ("TricorBraun"), we hereby respond to the request from the U.S. Court of International Trade ("the Court") dated July 22, 2026. The Court requested that the parties review the confidential version of Slip Op. 26-78 and inform the Court (1) whether any information not already in double brackets is confidential and should be redacted in the public version; or (2) whether any information already in double brackets is not confidential and should not be redacted in the public version.

Counsel for TricorBraun has reviewed the Court's opinion and does not propose any changes to the double bracketing. TricorBraun defers to the other parties and the Court as whether any bracketing changes are appropriate.

Respectfully submitted,

 /s/ Nithya Nagarajan
Nithya Nagarajan
Stephen W. Brophy
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW,
Suite 1000
Washington, DC 20006
nithya.nagarajan@huschblackwell.com
stephen.brophy@huschblackwell.com
(202) 378-2409

*Counsel to TricorBraun, Inc.*

Dated: August 4, 2026